AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| YUNEK MOORE<br>*Plaintiff*<br>v.<br>OFFICER AMY DOTSON, et al.<br>*Defendant* | )<br>)<br>) Civil Action No. 14 CV 1220<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Dr. Brandon Bockewitz, UnityPoint Clinic Family Medicine, 2338 W. Van Winkle Way, #3300, Peoria, IL 61615

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: U.S. Courthouse, 100 N.E. Monroe Street, Peoria, IL | Courtroom No.: A |
| | Date and Time: 02/04/2018 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/04/2019

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Plaintiff, Yunek Moore, who issues or requests this subpoena, are:

James P. LeFante, LeFante Law Offices, P.C., 456 Fulton Street, Suite 410, Peoria, Illinois 61602, (309) 999-1111
jlefante@lefantelaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 14 CV 1220

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Dr. Brandon Bockewitz

on *(date)* _____.

❏ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❏ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 54.38 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**MANIAS DETECTIVE AGENCY**
401 Main St. - Suite 104
Peoria, IL. 61602
Fax: 309-676-0933
E-Mail: Maniasedec@att.net
IL. License # 117-000877 & 115-001010

COUNTY: U.S. District Court    CASE#: 14 CV 1220

YUNEK MOORE
Plaintiff

OFFICER AMY DOTSON, ET AL.
Defendants

## AFFIDAVIT OF SERVICE

I, **Terri McCarthy,** on oath state that I am a licensed or registered employee of a private detective agency, licensed by the state of Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of chapter 735, code of civil procedure section 5/2-202 Illinois compiled statutes, to serve process. I affected the service as follows:

☐ **PERSONAL:** By leaving a copy of the attached document with each individual defendant, personally.

☐ **ABODE:** By Leaving a copy of the listed document at the usual place of abode of each individual defendant with some person of his family or a person residing there, of the age of 13 years or upwards. Informing that person of the contents and also by sending a copy of the summons in a sealed envelope, with the postage fully pre-paid, addressed to the defendant at his/her usual place of abode.
DATE MAILED: _____

☒ **CORPORATE SERVICE:** By leaving a copy of the complaint with the Registered Agent, Officer or Agent of the defendant Corporation.

☐ **PLEASE NOTE:**

Service Directed To: DR. BRANDON BOCKEWITZ
SERVED: KRISTA DEREYCKY - ADMINISTRATOR — Authorized To Accept

Documents Served: SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION

Place of Service: 2338 VAN WINKLE WAY, #3300    City: PEORIA    State of Illinois

Sex: F    Race: W    Approximate Age: 49    Height: 5'5    Weight: 138

Date Served: 1-14-19    Time of Service: 3:33 P.M.

☐ **RETURN UNEXECUTED:** After due search, careful inquiry and diligent attempts at the address listed on the legal documents, I have been unable to affect service upon the person/entity to be served because of the following reason (s):

☐ Unknown at Address    ☐ Moved Left No Forwarding    ☐ Address Does Not Exist
☐ Service Canceled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Other:

Service Attempts (1) _____ (2) _____ (3) _____
(4) _____ (5) _____ (6) _____

Signature of Process Server: _[signature]_

Subscribed and Sworn before me this 17th Day of January, 2019
Notary Public: _[signature]_

CAITLIN MCCARTHY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 21, 2019

**Process Service Fee:**
Service $ 40.00
Locate $ _____
Mileage $ 10.00
A.S.A.P. $ _____
TOTAL $ 50.00